In re Estate of Franklin Magill, Deceased.
Frank W. Heiskell, Administrator of Estate of Franklin Magill, Deceased, Appellee, v. Etta E. Klasky, Appellant.

Gen. No. 43,062.

Heard in the third division, first district, this court at the April term, 1944; opinion filed June 29, 1945; rehearing opinion filed November 7, 1945; released for publication November 27, 1945. Peabody, Westbrook, Watson & Stephenson, Isidore Brown and Brown, Fox & Blumberg, for appellant; Charles Le Roy Brown and Charles H. Watson, of counsel; Hymen S. Gratch and Edwin A. Halligan, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.